**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Voelker, | No. CV-24-01886-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Enroll Confidently Incorporated, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Unopposed Motion to Consolidate with *Guyette v. Enroll Confidently Inc.*, Case No.: 2:24-cv-02231-KML and *Bailey v. Enroll Confidently Inc.*, Case No.: 2:24-cv-02350-ASB. (Doc. 12).

Federal Rule of Civil Procedure 42(a) provides that federal courts may consolidate actions to avoid unnecessary costs and delay "[i]f actions before the court involve a common question of law or fact." To determine whether consolidation is appropriate, courts "weigh[] the interest of judicial convenience against the potential for delay, conduction and prejudice caused by consolidation. *Southwest Marine, Inc. v. Triple A Mach. Shop, Inc.*, 720 F.Supp. 805, 807 (N.D. Cal. 1989). District courts have broad discretion under this rule in deciding whether cases should be consolidated. *Investors Research Co. v. U.S. District Court for the Central District of California*, 877 F.2d 777 (9th Cir. 1989). In the District of Arizona, a motion to consolidate is "heard and decided, after consulting with the Judges assigned to the other affected cases, in the case with the lowest case number that is assigned to a District Judge." LRCiv 42.1(b).

Here, the Court finds that consolidation is warranted because all three actions involve common questions of law and fact. Consolidation will save the Parties and the Court time and money and avoid the risk of inconsistent rulings. Thus, based on the similarity of these three matters, and the unopposed nature of the motion, the Court will grant the Motion to Consolidate.

Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Consolidate with *Guyette v. Enroll Confidently Inc.*, Case No.: 2:24-cv-02231-KML *and Bailey v. Enroll Confidently Inc.*, Case No.: 2:24-cv-02350-ASB is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall kindly consolidate these three matters under case number 2:24-cv-01886-DJH, though the caption shall be modified to include all three Plaintiffs. Defendant is the same in all cases.

**IT IS FURTHER ORDERED** that all future filings pertaining to these cases shall be filed in 2:24-cv-01886-DJH only.

**IT IS FURTHER ORDERED** that the Plaintiffs' Consolidated Class Action Complaint will be due within 30 days of the filing of this Order. All other filing deadlines must conform with Local Rule 7.2. *See* LRCiv 7.2.

Dated this 2nd day of October, 2024.

Honorable Diane J. Humetewa
United States District Judge